# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SONIC SERVICES, INC., | : No. 781 MAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA GAMING CONTROL | : |
| BOARD, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.